

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:

Opinion No. C-1455
Re: Disposition of excess in Operators'
and Chauffeurs' License Fund, under
the provisions of Senate Bill 138,
Acts of the 45th Legislature, Regu-
lar Session, and Senate Bill 427,
Acts of the 46th Legislature, Regu-
lar Session.

We have for acknowledgment your letter of Septem-
ber 15, 1939, wherein you ask the opinion of this department
upon the following questions:

"1. Under the provisions of the rider
immediately following the appropriation set
forth for the Drivers License Division, Depart-
ment of Public Safety in Senate Bill 138, as
passed by the regular session, 45th Legislature,
same being the Departmental Appropriation Bill
for the fiscal years ending August 31, 1939,
does the unexpended balance of the operators'
and chauffeurs' license fund as of the close of
business on August 31, 1939, revert to the General
fund; or

"2. Does the fact that Senate Bill 427,
Regular Session 46th Legislature, same being the
Departmental Appropriation Bill for the fiscal
years ending August 31, 1941, contains a rider
attached to that portion of the Bill appropriat-
ing certain funds to the Driver's License Divi-
sion, Department of Public Safety, which rider
appropriates all fees collected by virtue of
Chapter 466, Acts of the Second Called Session

of the 44th Legislature, or any amendments thereto, and deposited in the State Treasury to the credit of the Operators' and Chauffeurs' License Fund, to the Driver's License Division for the purpose of paying itemized appropriations listed therein, constitute a re-appropriation of the unexpended balance on hand at the close of business August 31, 1939, and does said rider take effect immediately upon the signature of Senate Bill 427 by the Governor, inasmuch as Section 5 of Senate Bill 427 is the usual emergency clause.

"3. If the unexpended balance of the Operators' and Chauffeurs' License Fund, as of the close of business August 31, 1939, does not revert to the General Fund, as of that date, is said balance subject to expenditure by the Department of Public Safety upon approval of request for such expenditure to the "Limitation of Payments Board," created in Section 2, Senate Bill 427, Regular Session 46th Legislature.

"4. If such unexpended balance reverts to the General Fund as of the close of business August 31, 1939, is such balance earmarked for the use of the Department of Public Safety under the provisions of the above quoted rider in Senate Bill 138, Regular Session 45th Legislature, which states that such balance 'shall revert to the General Fund and shall be applied toward the payment of salaries and other expenses of the Department of Public Safety.'

"5. If your answer to question 4 is in the affirmative, under what process and how may the Department of Public Safety expend such balance.

"6. The rider attached to the Driver's License Division, Department of Public Safety, appropriation in Senate Bill 427, Regular Session 46th Legislature, also states that 'all monies remaining in said fund (operators' and chauffeurs' license fund) at the end of the fiscal year ending August 31, 1941, shall revert to the General

Fund and shall, subject to the limitations set
forth in the provisions appearing at the end
of this Act, be applied toward the payment of
salaries and other expenses of the Department
of Public Safety.'

"Does this mean that such balance as may
appear in the Operators' and Chauffeurs' License
Fund from time to time before the close of the
biennium ending August 31, 1941, is subject to
expenditure by the Department of Public Safety
upon request to and approval of the Limitation
of Payments Board?"

Senate Bill 138, Acts of the 45th Legislature,
Regular Session, provides in part as follows:

"All fees collected by virtue of Chapter
466, Acts of the second called session of the
44th Legislature, and deposited in the State
Treasury to the credit of the operators' and
chauffeurs' license fund, are hereb appropriat-
ed to the drivers license division for the
purpose of paying the above itemized appropria-
tions for each of the years ending August 31,
1938 and August 31, 1939, provided, however,
that all moneys remaining in said fund at the
end of the fiscal year ending August 31, 1939,
shall revert to the General Fund, and shall be
applied toward the payment of the salaries and
other expenses of the Department of Public
Safety; ..."

Senate Bill 427, Acts of the 46th Legislature,
Regular Session, contains a provision as follows:

"Subject to the limitations set forth
in the provisions appearing at the end of this
Act, all fees collected by virtue of Chapter
466, Acts of the second called session of the
44th Legislature, or any amendments thereto,
and deposited in the State Treasury to the cre-
dit of the operators' and chauffeurs' license
fund, are hereby appropriated to the drivers

license division for the purpose of paying the
itemized appropriations listed thereunder for
each of the years ending August 31, 1940 and
August 31, 1941; provided, however, that all
moneys remaining in said fund at the end of
the fiscal year ending August 31, 1941 shall
revert to the General Fund and shall, subject
to the limitations set forth in the provisions
appearing at the end of this Act, be applied
toward the payment of salaries and other expen-
ses of the Department of Public Safety; provid-
ed, however, that all payments to tax collectors
of the several counties, in accordance with
the provisions of Senate Bill 15, Chapter 46,
page 1785, General Laws, second called session
of the 44th Legislature, as amended by House
Bill 16, regular session of the 45th Legisla-
ture, particular reference being made to section
7 of said bill, shall be made out of said fund
before any excess reverts to said General Fund."

The provisions quoted from Senate Bill 427 con-
tain no language evidencing a legislative intent that the
unexpended balance of the Operators' and Chauffeurs'
License Fund as of the close of the fiscal year of August
31, 1939, shall not revert to the General Fund in the
manner prescribed by Senate Bill 138, of the 45th Legis-
lature. In the absence of language requiring a contrary
construction, it must be presumed that the Legislature
had in mind that Senate Bill 427 should have only a
prospective operation, rather than a retroactive one, and,
therefore, that it was not intended that Senate Bill 427
should have the effect of repealing that portion of
Senate Bill 138 of the 45th Legislature requiring the
unexpended balance of the Operators' and Chauffeurs'
License Fund as of the close of the fiscal year, August
31, 1939, to revert to the General Fund. It follows that
your first question is answered in the affirmative, and
your second question is answered in the negative.

The answer to your first and second questions
renders it unnecessary to answer your third question.

Most of the appropriations for the Department
of Public Safety, to pay its salaries and other expenses,

are made out of the General Fund. In our opinion, the provisions of Senate Bill 138 and Senate Bill 427, above quoted, evidence the legislative intent that the excesses in the Operators' and Chauffeurs' License Fund, referred to in such provisions, shall be paid into the General Fund for the purpose of reimbursing that fund in part for the items of salaries and other expenses of the Department of Public Safety appropriated out of the General Fund for the fiscal biennium ending August 31, 1939, and the fiscal biennium ending August 31, 1941. It follows that your fourth question is answered in the negative, and that your fifth question, by virtue of the answer to question 4, is not to be answered.

In answer to your sixth question, you are advised that the balance which may appear in the Operators' and Chauffeurs' License Fund, under the provisions of Senate Bill 427, is not subject to expenditure by the Department of Public Safety upon request to and approval of the Limitation of Payments Board, for the reason that such excess is not the character of special fund available for the use of the Department of Public Safety generally, by and with the approval of the Limitation of Payments Board, but the rider quoted above from Senate Bill 427 requires that such excess be devoted to a particular use by the Comptroller, that is, the excess at the end of the fiscal biennium in this special fund is to be paid into the General Fund for the purpose of reimbursing that fund for the items of salaries and other expenses appropriated to the Department of Public Safety out of the General Fund for the fiscal biennium ending August 31, 1941.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By ~~RWFairchild~~

R. W. Fairchild
Assistant

APPROVED OCT 9, 1939

RWF:pbp

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY [blob]
CHAIRMAN